In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
NO. 09-15-00407-CR

**MICHAEL WAYNE STARNES, Appellant**

**V.**

**STATE OF TEXAS, Appellee**

**On Appeal from the 258th District Court**
**Polk County, Texas**
**Trial Cause No. 23,882**

## MEMORANDUM OPINION

On February 27, 2015, Michael Wayne Starnes was indicted for theft of property, a Class C misdemeanor which was enhanced to a state jail felony due to previous theft convictions. *See* Tex. Penal Code § 31.03(e)(4)(D) (West Supp. 2016).[1] Trial began in this case on October 5, 2015. The jury found the evidence sufficient to find Starnes guilty of the state jail felony offense of theft of property.

---

[1]We cite to the current version of section 31.03(e)(4)(D), because the amendment does not affect the outcome of this appeal.

1

After the punishment hearing, the jury rendered a verdict and sentenced Starnes to two years confinement and a fine of $488.88. Starnes timely filed a notice of appeal.

Starnes's appellate counsel filed a brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. [Panel Op.] 1978). We granted an extension of time for Starnes to file a *pro se* brief, but we received no response from him.

We have independently examined the entire appellate record in this matter, and we agree that no arguable issues support an appeal. We have determined that this appeal is wholly frivolous. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[2]

AFFIRMED.

_____
CHARLES KREGER
Justice

---

[2]Starnes may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.

Submitted on November 30, 2016
Opinion Delivered February 15, 2017
Do not publish

Before McKeithen, C.J., Kreger and Johnson, JJ.